# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ASHLEY NICOLE CASSELTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2078

[May 23, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, Okeechobee County; William Wallace, Judge; L.T. Case No. 472023CT000623A.

Carey Haughwout, Public Defender, and Summer Ivy Hill, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Alexandra Antoinette Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***